**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAICO FRANSINET CARDENAS Y CARDENAS,<br>Petitioner,<br>v.<br>MERRICK B. GARLAND, ET AL.,<br>Respondents. | No. ED CV 26-1672-MRA(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. Further, no objections were made to the Report and Recommendation. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered granting the Petition in part and requiring that Respondents provide Petitioner with a bond hearing before an immigration judge within **seven (7) days** of the entry of Judgment. Respondents shall file proof that Petitioner received a bond hearing within **ten (10) days** of the entry of Judgment.

IT IS FURTHER ORDERED that Respondents shall file a detailed status report as to Petitioner's custody status within **five (5) days** of this Order, since mail sent to Petitioner from the Court has been returned because Petitioner is no longer at the facility or has been released. *See* ECF 13, 14. Respondents shall also serve forthwith a copy of the Magistrate Judge's

Report and Recommendation and the Judgment herein on Petitioner if he is still in ICE custody.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 31, 2026.

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE