JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAICO FRANSINET CARDENAS Y CARDENAS,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>Respondents. | No. ED CV 26-1672-MRA(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondents provide Petitioner with a bond hearing before an immigration judge within **seven (7) days** of the entry of Judgment.

DATED: July 31, 2026.

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE